UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,
v.

TEVIN DUPLESSIS,

   Defendant.

Case No. 20-cr-20350
Hon. Robert H. Cleland

## ORDER

This matter coming before the Court on the government's motion to file Exhibits 2–4 to its response in the physical, traditional manner,

IT IS HEREBY ORDERED that Exhibits 2–4 to the Response to Defendant's Motion to Suppress, consisting of a single CD, be filed in the physical, traditional manner.

**IT IS SO ORDERED.**

s/Robert H. Cleland
HONORABLE ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: November 5, 2021

1