UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TEVIN DUPLESSIS,

    Defendant.

Case No. 20-cr-20350
Hon. Robert H. Cleland

# MOTION FOR LEAVE TO FILE EXHIBITS IN TRADITIONAL MANNER

The government is prepared to file its Sentencing Memorandum. There are Exhibits 2–4 to that memorandum, which consist of 911 call recordings. These recordings document events that are relevant to the defendant's sentencing. Exhibits 2–4 are contained on a CD. The government respectfully requests permission to file Exhibits 2–4 in the physical, traditional manner, as the CD contains recordings that cannot be uploaded to the ECF filing system.

Pursuant to Local Rule 7.1, the government contacted defense counsel regarding this motion; defense counsel does not oppose the requested relief.

                                          Respectfully submitted,

                                          DAWN N. ISON
                                          United States Attorney

                                          *s/ Alyse Wu*
                                          Alyse Wu
                                          Assistant United States Attorney
                                          211 W. Fort St., Suite 2001
                                          Detroit, MI  48226
                                          (313) 226-9589
Dated:  May 17, 2022                 alyse.wu@usdoj.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 20-cr-20350 |
| v. | Hon. Robert H. Cleland |
| TEVIN DUPLESSIS, | |
| Defendant. | |

## ORDER

This matter coming before the Court on the government's motion to file Exhibits 2–4 to its sentencing memorandum in the physical, traditional manner,

IT IS HEREBY ORDERED that Exhibits 2–4 to the government's sentencing memorandum, consisting of a single CD, be filed in the physical, traditional manner.

**IT IS SO ORDERED.**

s/Robert H. Cleland
HONORABLE ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: 5/19/2022